UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY JONES, *et al.*,<br><br>         Plaintiffs,<br><br>   v.<br><br>TULARE COUNTY, *et al.*,<br><br>         Defendants. | **Case No. 1:15-cv-01779---EPG**<br><br>**ORDER DIRECTING PLAINTIFFS TO COMPLETE THEIR APPLICATIONS TO PROCEED IN FORMA PAUPERIS**<br><br>(ECF Nos. 2, 3) |

On November 24, 2015, Plaintiffs Wendy Jones and William Fabricius ("Plaintiffs") filed a Complaint. (ECF No. 1.) On that same date, Plaintiffs filed applications to proceed *in forma pauperis* ("IFP") in lieu of paying the filing fee to commence an action in this Court. (ECF Nos. 2, 3.) Plaintiffs are represented by counsel.

A civil action may proceed despite a failure to prepay the entire filing fee only if the party initiating the action is granted leave to proceed IFP pursuant to 28 U.S.C. § 1915(a). *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999). In applying to proceed IFP, a plaintiff must submit an affidavit that "state[s] the facts as to [the] affiant's poverty with some particularity, definiteness and certainty." *Jefferson v. United States*, 277 F.2d 723, 725 (9th Cir. 1960) ("The right to proceed in forma paupers is not an unqualified one. It is a privilege, rather

1

than a right"); *United States v. Shadley*, No. 2:09-MC-80 WBS GGH, 2010 WL 2509910, at *1 (E.D. Cal. June 17, 2010) (denying request to proceed IFP where applicant "failed to adequately document her financial status"). Similarly, all "[a]ffidavits and certifications shall be signed by the person executing the document." Local Rule 131(b).

Plaintiffs have not submitted complete forms to apply for IFP status. Instead, Plaintiffs have filed forms that are almost entirely blank, with the exception of a single checked box indicating that Plaintiffs received income from "other sources." The forms are not signed, nor do they even indicate who filled them out or which case they are filed in. (ECF Nos. 2, 3.) Before the Court can evaluate Plaintiffs' applications to proceed without prepayment of fees, Plaintiffs must fully and appropriately fill them out.

Plaintiffs shall fully and accurately complete their applications with the required information and file them with the Court no later than **December 7, 2015**. Plaintiffs are advised that failure to comply with the Court's order may result in the denial of the applications or dismissal of the case.

IT IS SO ORDERED.

Dated:   **November 30, 2015**                    /s/ Erica P. Grosjean
                                                  UNITED STATES MAGISTRATE JUDGE