# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY JONES, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>TULARE COUNTY, *et al.*,<br><br>　　　　　Defendants. | **Case No. 1:15-cv-01779---EPG**<br><br>**ORDER GRANTING APPLICATIONS TO PROCEED IN FORMA PAUPERIS**<br><br>(ECF Nos. 2, 3, 6, 7) |

　　　　On November 24, 2015, Plaintiffs Wendy Jones and William Fabricius ("Plaintiffs") filed a Complaint. (ECF No. 1.) On that same date, Plaintiffs filed applications to proceed *in forma pauperis* ("IFP") in lieu of paying the filing fee to commence an action in this Court. (ECF Nos. 2, 3.) Because the applications were incomplete, the Court issued an order directing Plaintiffs to complete and re-submit them. (ECF No. 5.) Plaintiffs have done so and have now provided the requested information. (ECF Nos. 6, 7.) Based on the newly submitted information, Plaintiffs have made the required showing pursuant to 28 U.S.C. § 1915(a). Accordingly, the requests to proceed *in forma pauperis* are GRANTED.

\\

\\

\\

\\

1

The Clerk of the Court is DIRECTED to issue summonses and civil new case documents to Plaintiffs and to set a status conference re: consent/initial scheduling at an appropriate time and date in Courtroom 10 before Magistrate Judge Erica P. Grosjean.

IT IS SO ORDERED.

Dated:   **December 8, 2015**                              /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE