| | |
|---|---|
| 1 | C‍HRISTINE L. G‍ARCIA (CBN 209701) |
| 2 | The Animal Law Office |
| 3 | 1613 Chelsea Road #110 |
| 4 | San Marino, CA 91108 |
| 5 | Telephone:  415-297-3109 |
| 6 | Facsimile:  415-358-9937 |
| 7 | christine@animalattorney.com |
| 8 | *Counsel for Plaintiffs,* |
| 9 | Wendy Jones and William Fabricius |

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### ROBERT E. COYLE FEDERAL COURTHOUSE- FRESNO

| | |
|---|---|
| Wendy Jones and William Fabricius<br><br>Plaintiff,<br><br>v.<br><br>Tulare County et al and DOES 1-100.<br><br>Defendants | Case No.   1:15-cv-01779---EPG<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFFS' DUE DATE FOR THEIR OPPOSITION TO BE DUE ONE WEEK LATER FROM TUESDAY THE 26th OF JULY TO AUGUST 2nd** |

TO THE CLERK OF THE COURT, ALL PARTIES AND ATTORNEYS AND HONORABLE ERICA P. GROSJEAN:

  Plaintiff, Wendy Jones and William Fabricius ("Plaintiff"), and Defendants County of Tulare, Dr. Cheryl Duerksen, Timothy Lutz, Larry Hernandez, Oren Hartley, Chris Carothers, Jose Torres, Lance Heiden, Michael Yandell, Anthony Young, Brad McLean,

---

Case 1:15-cv-01779-EPG   Document 36   Filed 07/28/16   Page 2 of 3

Mark Wallace, Jeffery Lewis, and Sheriff Mike Boudreaux, individually and in their official capacity ("Defendants"), through their respective counsel of record, hereby stipulate and agree that Plaintiffs shall be entitled for an additional week to address and respond to the Motion to Dismiss and supportive documents filed with the Court on July 5, 2016. The new due date for Plaintiff's Opposition shall be moved out one week from July 26th to August 2nd.

Counsel for the above named Defendants hereby stipulate and agree to allow the Plaintiffs one additional week for their Opposition to be filed with this Court.

IT IS SO STIPULATED:

Dated:   July 21, 2016         THE ANIMAL LAW OFFICE

                               By: _____
                               Christine L. Garcia
                               Attorney for Plaintiffs

Dated:   July 25, 2016         KATHLEEN BALES-LANGE
                                   Tulare County Counsel

                               By: /s/ Amy I. Terrible
                               Amy I. Terrible

STIPULATION AND ORDER TO EXTEND PLAINTIFFS' DUE DATE FOR THEIR OPPOSITION TO BE DUE ONE WEEK LATER FROM TUESDAY THE 26th OF JULY TO AUGUST 2nd

Deputy County Counsel

Attorney for Defendants County of Tulare, et al.

### ORDER TO EXTEND PLAINTIFFS' OPPOSITION DUE DATE

Pursuant to the above stipulation (Doc. 35), Plaintiff shall file any opposition to the Defendant's Motion to Dismiss (Doc. 34) by midnight August 2, 2016.

IT IS SO ORDERED.

Dated:   **July 27, 2016**                    /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE

---

STIPULATION AND ORDER TO EXTEND PLAINTIFFS' DUE DATE FOR THEIR OPPOSITION TO BE DUE ONE WEEK LATER FROM TUESDAY THE 26th OF JULY TO AUGUST 2nd