1  MARGUERITE MELO, SBN 167782
   JOHN J. SARSFIELD, SBN 138971
2  LAW OFFICES OF MELO AND
   SARSFIELD, LLP
3  4216 South Mooney Blvd. PMB 136
4  Visalia, California 93277
   Telephone: (559) 732-3000
5  Facsimile: (559) 732-3005
   Email: meloandsarsfield@icloud.com
6
7  Attorneys for Plaintiff Paul Grenseman

8
9              **UNITED STATES DISTRICT COURT**
10           **FOR THE EASTERN DISTRICT OF CALIFORNIA**
11

| | |
|---|---|
| **Wendy Jones, Brian Jones and William Fabricius,**  Plaintiffs,  v.  **Tulare County principals, employees and agents, Tulare County Sheriff's Office, Tulare County Sheriff Mike Boudreaux, Tulare County Animal Control, TC AC Director Dr. Cheryl Duerksen, and the individuals TC ACO Paul Grenseman, TC ACO Jeffrey Lewis #1206, TC ACO Larry Hernandez, ACO Oren Hartley, TC HHSA Timothy Lutz and DOES 1 -100,**  Defendants. | CASE NO. 1:15-CV-01779-EPG  **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT; ORDER** |

27      IT IS HEREBY STIPULATED and agreed by and between Plaintiffs Wendy
28  Jones, Brian Jones, William Fabricius and Defendant Paul Grenseman, by and

1

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER

through their respective undersigned counsel that pursuant to Local Rule 144(a), the time in which Defendant Paul Grenseman may respond to Plaintiffs' complaint be extended until September 2, 2016. This extension of time is due to the fact that Defendant Grenseman will need time to secure trial counsel to represent him as present Counsel (Law Offices of Melo and Sarsfield LLP) has a conflict.

Dated:  August 12, 2016

/s/ Christine Garcia
_____
Christine Garcia, Esq.
Attorney for Plaintiffs Wendy Jones, Brian Jones and William Fabricius

Dated:  August 12, 2016

LAW OFFICES OF MELO AND SARSFIELD, LLP

/s/ John Sarsfield
By: _____
John Sarsfield, Esq.
Attorneys for Plaintiff

///
///
///
///
///

2

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER

## ORDER

Based on the above stipulation, Defendant Paul Grenseman may file his responsive pleading to the First Amended Complaint no later than **September 2, 2016**. The Court notes that Plaintiffs and all Defendants except for Defendant Grenseman have consented to the jurisdiction of a United States Magistrate Judge under 28 U.S.C. § 636(c)(1). (ECF Nos. 26, 29.) Defendant Grenseman is thus DIRECTED to either consent or decline to Magistrate Judge jurisdiction no later than **September 2, 2016**. The hearing on the Motion to Dismiss (ECF No. 34) and Motion for Sanctions (ECF No. 37), currently set for September 2, 2016, is TAKEN OFF CALENDAR and will be re-set for hearing after the Court has received Defendant Grenseman's responsive pleading(s) and consent/decline form. The briefing schedule for these motions remains unchanged; filing deadlines for the opposition and reply briefs remain as dictated by the noticed hearing date (*i.e.*, September 2, 2016) and Local Rule 230(c) and (d).

IT IS SO ORDERED.

Dated:   **August 17, 2016**                           /s/ Erica P. Grosjean
                                                                          UNITED STATES MAGISTRATE JUDGE