UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY JONES, *et al.*,<br><br>            Plaintiffs,<br><br>     v.<br><br>TULARE COUNTY, *et al.*,<br><br>            Defendants. | Case No. 1:15-cv-01779-EPG<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME<br><br>(ECF No. 64)<br><br>60 DAY DEADLINE |

On December 1, 2016, the Court dismissed Plaintiff William Fabricius' First Amended Complaint (ECF No. 17) and granted leave for 30 days to file a Second Amended Complaint. (ECF No. 58.)  On December 28, 2017, counsel for Fabricius filed a motion for extension of time requesting an additional 60 days to file his Second Amended Complaint. (ECF No. 62.)  The motion indicated that the additional time was needed for "Mr. Fabricius to seek new counsel to continue with this case and more time is needed for him to find a new attorney to pursue his current outstanding legal requests related to this case." (*Id.*)  The Court granted the motion for an extension of time on the same day. (ECF No. 62.)

On February 27, 2017, counsel for Fabricius filed a second motion for extension of time requesting another 60 days to file his Second Amended Complaint. (ECF No. 64.)  Attorney Christine Garcia has simultaneously moved to withdraw as counsel for Fabricius. (ECF No. 65.)

1

It has been nearly 90 days since Fabricius was granted leave to amend and approximately 60 days since counsel expressed an intention to withdraw. The Court cannot indefinitely delay these proceedings to accommodate Fabricius.

A final deadline of May 1, 2017 will be set for Fabricius to file a Second Amended Complaint. The deadline will remain in place regardless of his status concerning legal representation. No further requests for additional time will be granted. If Second Amended Complaint is not filed by May 1, 2017, the remainder of this case will be dismissed.

IT IS SO ORDERED.

Dated: **February 28, 2017**            /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE