# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM FABRICIUS,<br><br>   Plaintiff,<br><br>v.<br><br>TULARE COUNTY, *et al.*<br><br>   Defendants. | **Case No. 1:15-cv-01779-EPG**<br><br>ORDER TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED AGAINST NEW DEFENDANTS LISTED IN THE THIRD AMENDED COMPLAINT FOR PLAINTIFF'S FAILURE TO COMPLY WITH THE COURT'S ORDER<br><br>**THIRTY DAY DEADLINE** |

On July 24, 2017, Plaintiff William Fabricius proceeding *pro s*e and *in forma pauperis* filed a Third Amended Complaint ("3AC"). (ECF No. 75). On July 31, 2017, the Court issued an order directing Plaintiff to complete and submit within 30 days service documents for any defendants listed in his 3AC who were not previously served with process in this action. (ECF No. 76.) More than 45 days have passed, and Plaintiff has failed to submit the required documents or otherwise respond to the Court's Order.

The Local Rules, corresponding with Rule 11 of the Federal Rules of Civil Procedure, provide, "[f]ailure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Local Rule 110. "District courts have inherent power to control their dockets," and in exercising that power, a court may impose sanctions, including dismissal of an action. *Thompson v. Housing Auth. of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986). A court may

dismiss an action with prejudice based on a party's failure to prosecute an action, failure to obey a court order, or failure to comply with local rules. *See, e.g., Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for failure to comply with an order requiring amendment of complaint); *Malone v. U.S. Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987) (dismissal for failure to comply with a court order); *Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for failure to prosecute and to comply with local rules).

Accordingly, Plaintiff is ORDERED to show cause why this action should not be dismissed as against any new defendants listed in his 3AC for his failure to comply with the Court's order. Plaintiff is ordered to file a written response to this Order to Show Cause indicating whether he intends to pursue this action as against the new defendants and explaining his failure to submit service documents by the required date. Alternatively, Plaintiff may submit the required documents. Any such response shall be filed no later than **thirty (30) days** after the date of this Order. **Plaintiff is cautioned that failure to respond to this order as set forth above may result in the dismissal of this action as against the new defendants.**

IT IS SO ORDERED.

Dated: **September 15, 2017**

/s/ Erin P. Gross
UNITED STATES MAGISTRATE JUDGE