USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

Case 1:15-cv-01779-EPG Document 240 Filed 2/06/18 Page 1 of 3

**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| William A. Fabricius  ADD 18 | 1:15-cv-01779-EPG |
| DEFENDANT | TYPE OF PROCESS |
| MGT BOS Worthy, Steve ADD 18 | Civil Summons and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Tulare County of: All Principals, Agents and Employees: aka Tulare County, c/o Board of Supervisors
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2800 W. Burrell Visalia, CA 93291 559-636-5000

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

William A. Fabricius
Pob 0288
Ducor, Ca.93218-0288

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 18 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Tulare County Board of Supervisors, Agent for Process of Service, Tulare County; All Principals, Agents, Employees 2800 W. Burrell Visalia, CA 93291 559-636-5000 18 Additional Defendants/15 Original
MGT BOS Worthy, Steve ADD 18

Signature of Attorney other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 559-361-4840
DATE: 21 OCT 2017

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 18 | No. 97 | No. 87 | | 10-31-17 |

I hereby certify and return that I [ ] have personally served, [X] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date  Time  [ ] am [ ] pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | . | | | . | $0.00 |

REMARKS:
11-13-17 Waiver emailed
12-6-17 Waiver returned executed

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| William A. Fabricius | ADD 16   1:15-cv-01779-EPG |
| DEFENDANT | TYPE OF PROCESS |
| MGT BOS Ennis, Mike ADD 16 | Civil Summons and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Tulare County of: All Principals, Agents and Employees: aka Tulare County, c/o Board of Supervisors
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2800 W. Burrell Visalia, CA 93291 559-636-5000

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

William A. Fabricius
Pob 0288
Ducor, Ca. 93218-0288

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 18 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Tulare County Board of Supervisors, Agent for Process of Service, Tulare County; All Principals, Agents, Employees 2800 W. Burrell Visalia, CA 93291 559-636-5000 18 Additional Defendants/15 Original
MGT BOS Ennis, Mike ADD 16

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: 559-361-4840
DATE: 21 OCT 2017

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 18
District of Origin No. 97
District to Serve No. 97
Signature of Authorized USMS Deputy or Clerk
Date: 10-31-17

I hereby certify and return that I [ ] have personally served, [X] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Address (complete only different than shown above)

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Date | Time | [ ] am [ ] pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:
11-13-17 Waiver emailed
12-6-17 Waiver returned executed

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>William A. Fabricius                                    ADD 8 | COURT CASE NUMBER<br>1:15-cv-01779-EPG |
|---|---|
| DEFENDANT<br>Teresa Maese Morales Saucedo SBN93121 ADD 8 | TYPE OF PROCESS<br>Civil Summons and Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Tulare County of: All Principals, Agents and Employees: aka Tulare County, c/o Board of Supervisors

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2800 W. Burrell Visalia, CA 93291 559-636-5000

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

William A. Fabricius
Pob 0288
Ducor, Ca.93218-0288

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 18 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Tulare County Board of Supervisors, Agent for Process of Service, Tulare County; All Principals, Agents, Employees 2800 W. Burrell Visalia, CA 93291 559-636-5000 18 Additional Defendants/15 Original
Teresa Maese Morales Saucedo SBN93121 ADD 8, 249 N. Gail Hill Ave., Lindsay, CA 93247, Wife of Judge Saucedo

_[signature]_ SUI JURIS

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>559-361-4840 | DATE<br>21 OCT 2017 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>(Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>18 | District of Origin<br>No. 97 | District to Serve<br>No. 97 | Signature of Authorized USMS Deputy or Clerk<br>_[signature]_ | Date<br>10-31-17 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

| Date | Time | ☐ am ☐ pm |
|---|---|---|

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:
11-13-17 Waiver emailed
12-6-17 Waiver returned executed

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00