# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM FABRICIUS,<br><br>Plaintiff,<br><br>v.<br><br>TULARE COUNTY, *et al.*,<br><br>Defendants. | Case No. 1:15-cv-01779-EPG<br><br>**ORDER GRANTING EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED AS BARRED BY STATUTE OF LIMITATIONS AND GRANTING IN PART REQUEST FOR COPIES**<br><br>(ECF No. 111) |

On June 29, 2018, this Court issued an order directing Plaintiff to show cause within 30 days why this action should not be dismissed as barred by the applicable statute of limitations. (ECF No. 110). Now pending before the Court is "Plaintiff's Request This Hon. Court for a Continuance of the Schedule O.S.C. Due to a House Fire that Destroyed My Home and All Possessions." (ECF No. 111). Plaintiff requests a 90-day extension of time, and, good cause appearing, the Court will grant the request.

Plaintiff also requests "a complete and total copy of the court record to be provided to me." (ECF No. 111 at 1). The Court will grant in part this request by directing the Clerk of the Court to provide Plaintiff with copies of documents that are needed for Plaintiff to respond to the Order to Show Cause. The Court will otherwise deny Plaintiff's request for copies without

1

prejudice to Plaintiff renewing his request citing to specific documents that have not been provided to him that Plaintiff deems necessary to respond to the Court's Order to Show Cause.

Accordingly, IT IS ORDERED that:

1. Plaintiff's request for an extension of time, (ECF No. 111), is GRANTED. Plaintiff shall file a written response to the Court's Order to Show Cause, (ECF No. 110), by November 1, 2018. Failure to file a response in compliance with this order and the Order to Show Cause, (ECF No. 110), shall result in the dismissal of this case.
2. Plaintiff's request for copies is GRANTED in part and DENIED in part. The Clerk of the Court is directed to provide Plaintiff with copies of the following documents:
   a. Docket Report,
   b. Order to Show Cause, (ECF No. 110),
   c. Order Adopting Findings and Recommendations, (ECF No. 109),
   d. Objections to Findings and Recommendations, (ECF No. 108),
   e. Objections to Findings and Recommendations, (ECF No. 107),
   f. Findings and Recommendations, (ECF No. 106),
   g. Objections to Findings and Recommendations, (ECF No. 104),
   h. Findings and Recommendations, (ECF No. 103),
   i. Joinder, (ECF No. 100),
   j. Motion to Dismiss, (ECF No. 88),
   k. Opposition, (ECF No. 85),
   l. Request for Judicial Notice, (ECF No. 79),
   m. Motion to Dismiss, (ECF No. 78),
   n. Affidavit re 75 Amended Complaint, (ECF No. 77),
   o. Order Directing Defendants to File Responsive Pleadings, (ECF No. 76),
   p. Third Amended Complaint, (ECF No. 75),

\\\
\\\

q. Order Dismissing Second Amended Complaint, (ECF No. 74), and

r. Second Amended Complaint (ECF No. 71).

IT IS SO ORDERED.

Dated: **August 7, 2018**

/s/ Erin P. Grojan
UNITED STATES MAGISTRATE JUDGE